UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUANELL JACKSON,

Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

Defendants.

26-cv- 0268 (JHR) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held an Initial Pretrial Conference on Tuesday, July 28, 2026. Counsel for Defendants was present in-person, and Plaintiff, appearing *pro se*, attended via teleconference.

As ordered on the record, initial disclosures are due August 4, 2026, and discovery demands are due December 18, 2026, without prejudice to extension requests. If Mr. Jackson needs an extension to any deadline in this case, he may write a letter to the Court.

Defendants are directed to serve a copy of this order and the transcript from the July 28th Conference on Plaintiff and file proof of service on the docket.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: New York, New York
July 29, 2026